UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIE C. HENSIEK,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:18-cv-05678-TLF<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) is directed to:

- allow the claimant a hearing;
- reevaluate the claimant's symptoms in accordance with Social Security Ruling 16-3p, and to the extent necessary, reevaluate the lay witness evidence;
- reevaluate the opinion evidence in accordance with 20 C.F.R. § 404.1527;
- reevaluate the claimant's residual functional capacity in accordance with Social Security Ruling 96-8p; and

- obtain supplemental vocational expert evidence and determine whether that evidence is consistent with the Dictionary of Occupational Titles (DOT) in accordance with Social Security Ruling 00-4p.

The parties agree that no aspect of the ALJ's prior decision is affirmed and Plaintiff may submit additional evidence and arguments to the ALJ on remand.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 22nd day of April, 2019.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge